# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SURKING KOACY WALLACE                                                                     PLAINTIFF

V.                              No. 3:22-CV-179-JM-JTR

M. ROBERTS, Correctional Officer,
Craighead County Detention Center;
WHITE, Corporal, Craighead County
Detention Center; KEITH BOWERS,
Jail Administrator, Craighead County
Detention Center; and MARTY BOYD,
Sheriff, Craighead County Detention Center                                          DEFENDANTS

## ORDER

On October 31, 2022, the Court entered an Order directing that summonses be issued for all Defendants in this § 1983 action and that the United States Marshal Service attempt service at the Craighead County Detention Center ("CCDC"). *Doc. 5*. The Order specified that: "If any Defendant is no longer employed by Craighead County, the person responding to service must file[] a *sealed* statement providing the unserved Defendant(s) last-known mailing address." *Doc. 5 at 3, n.3*.

On December 20, 2022, the summons for Defendant "M. Roberts, Correctional Officer, Craighead County Detention Center" was returned unexecuted. *Doc. 9*. No sealed statement with Roberts's last-known mailing address was provided.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to mail a copy of this Order and the October 31, 2022 Order (*Doc. 5*) to the Jail Administrator, Craighead County Detention Center, 901 Willett Road, Jonesboro, Arkansas 72401.

2. The Jail Administrator is directed to have an authorized CCDC official provide a statement with Officer M. Roberts's last-known mailing address and return it to the Clerk, **to be filed under seal**, **on or before May 16, 2023**.[1]

IT IS SO ORDERED this 2nd day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *Pro se* Plaintiff Surking Koacy Wallace is reminded that, despite the effort from the Court to obtain Officer M. Roberts's last-known address, the burden remains on him to provide a *valid* service address for each Defendant. *See Doc. 3 at 2*.