UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SURKING KOACY WALLACE**                                                                                     **PLAINTIFF**

V.                                              No. 3:22-CV-00179-JM

**M. ROBERTS, Correctional Officer,**
**Craighead County Detention Center,** *et al*.                                         **DEFENDANTS**

## ORDER

Wallace has not complied with the September 15, 2023 Order directing him to file a notice of his current mailing address. *Doc. 27.* The time to do so has expired. Mail sent to Wallace at his address of record, the Craighead County Detention Center, has been returned as undeliverable, with no forwarding address. *Docs. 24, 25-1, 28, 29*.

Therefore, Defendants' Motion to Dismiss Pursuant to Local Rule 5.5(c)(2) (*Doc. 25*) is GRANTED. This case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE