UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SURKING KOACY WALLACE**                                                                                    **PLAINTIFF**

V.                                         No. 3:22-CV-00179-JM

**M. ROBERTS, Correctional Officer,**
**Craighead County Detention Center,** *et al*.                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 19th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE